SCANNED
DATE: 11/16/04
BY: M.P.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATIONAL STABILIZATION AGREEMENT )
OF THE SHEET METAL INDUSTRY TRUST )
FUND, et al., )
)
Plaintiffs, )   C. A. No. 04-MC-10258
)
v. )
)
RADAR ROOFING & SHEET METAL, INC. )
)
Defendant. )

**PLAINTIFFS' *EX PARTE* MOTION FOR ORDER OF ATTACHMENT BY TRUSTEE PROCESS**

Now come the plaintiffs in the above-entitled matter and move this Court, pursuant to Rules 64 and 69 of the Federal Rules of Civil Procedure, M.G.L. c. 246 and Rule 4.2 of the Massachusetts Rules of Civil Procedure, for an *Ex Parte* Order of Attachment by Trustee Process of the bank accounts of defendant Radar Roofing & Sheet Metal, Inc. ("Radar") currently held by Fleet Bank and Bank of America, subject to the statutory exemptions of M.G.L. c. 246 and Title II of the Federal Consumer Credit Protection Act, 15 U.S.C. §1673, to the value of $100,609.56, plus interest at the rate of 1.28 percent, representing the judgment obtained in this action on February 9, 2004, plus post judgment attorneys' fees and costs in the amount of at least $1,674.36, and any additional interest and damages permitted under the judgment.

In support thereof, plaintiffs state that they have already succeeded in obtaining a judgment in this matter in an amount equal to the amount of the attachment; that defendants are

likely to move money from the accounts if they have knowledge of this motion; and that on information and belief, no liability insurance is available to satisfy the judgment.

In support of this Motion, plaintiffs rely on a Memorandum of Law submitted herewith, the Affidavit of Elizabeth A. Sloane, and other pleadings on file in this case.

Respectfully submitted,

NATIONAL STABILIZATION
AGREEMENT OF THE SHEET METAL
INDUSTRY TRUST FUND, et al.

By its attorneys,

_____
Elizabeth A. Sloane, Esq., BBO #567866
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite #500
Boston, MA 02108
(617) 742-0208

Dated: November 9, 2004
Eas/5007/04396MotionAttach.doc

2