SCANNED
DATE: 11/16/04
BY: M.P.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL STABILIZATION AGREEMENT ) <br> OF THE SHEET METAL INDUSTRY TRUST ) <br> FUND, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RADAR ROOFING & SHEET METAL, INC. ) <br> ) <br> Defendant. ) <br> ) | C. A. No. 04-MC-10258 |

### AFFIDAVIT OF ELIZABETH A. SLOANE

1. My name is Elizabeth A. Sloane. I am an attorney with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the National Stabilization Agreement of the Sheet Metal Industry Trust Fund, et al., (the "Funds"), since August 2004.

3. The Funds obtained a judgment from the United States District Court for the Eastern District of Virginia against Radar Roofing & Sheet Metal, Inc. ("Radar") on February 9, 2004 in the amount of $100,609.56, plus interest, for employee benefit contributions, interest, damages, costs and attorneys' fees.

4. Radar has failed to pay the amount of the judgment, and may owe additional contributions to the Funds.

5.  I have spent 3.0 hours of time on this case, at an hourly rate of $200.00, and expended $39.00 for the Court's fee for registering the judgment in this matter. The Funds' legal counsel, Jessica Tortella of Jennings Sigmund, PC, Philadelphia, PA, has informed me that the Funds have incurred additional post judgment attorneys' fees and costs of $1035.36. Total post judgment attorneys' fees and costs to date thus total $1674.36.

6.  The post judgment interest rate that applies to the judgment in this case is 1.28%, which is the rate set forth in the Post Judgment Interest Rate Table effective for all civil money judgments for the period February 6 to 13, 2004.

7.  On information and belief, there is no liability insurance available to satisfy this judgment.

8.  The information contained in this Affidavit is upon my own knowledge and information received by me, which I believe to be true.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9th DAY OF NOVEMBER 2004.

_____
Elizabeth A. Sloane, Esquire

Eas/5007/04396/SloaneAff.doc

2