UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, et al. ) ) ) ) ) Plaintiffs, ) ) v. ) ) RADAR ROOFING & SHEET METAL, INC. ) ) Defendant. ) ) | C. A. No. 04-MC-10258 |

### CERTIFICATE RE TRUSTEE PROCESS

I, Elizabeth A. Sloane, of the firm of Segal, Roitman & Coleman, attorneys for the plaintiffs, do hereby certify that the above-entitled action was:

1.  in contract for personal services; and

2.  for money due under a contract in writing.

For the foregoing reasons, no bond is required to be filed under the provisions of Chapter 246, Section 1, of the General Laws of Massachusetts.

                Respectfully submitted,

                NATIONAL STABILIZATION
                AGREEMENT OF THE SHEET METAL
                INDUSTRY TRUST FUND, et al.

                By its attorneys,

_____
Elizabeth A. Sloane, Esq., BBO #567866
SEGAL, ROITMAN & COLEMAN
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208

Dated:   November 9th, 2004

Eas/5007/04396/CertifTP.doc

2