UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TRUSTEE EXECUTION                    CIVIL ACTION NO. 04-mc-10258

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

WHEREAS, the National Stabilization Agreement of the Sheet Metal Industry Trust Funds ("SASMI Trust Fund"), et al., have recovered judgment against Radar Roofing and Sheet Metal, Inc. on the 9th day of February 2004, for the sum of $100,609.56, which represents $77,508.92 in debt (fund contributions), pre-judgment interest in the amount of $3,384.24, liquidated damages in the amount of $15,477.57, late fees in the amount of $952.53, and attorneys' fees and costs in the amount of $3,286.30, but does not include post judgment attorneys fees and costs and additional interest and damages due under the judgment, against the goods, effects, and credits of the Judgment Debtor in the hands and possession of Fleet Bank and Bank of America, trustee of the Judgment Debtor, as to us appears of record, whereof this Trustee Execution remains to be done.

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto said Judgment Creditor in the hands and possession of the trustee, jointly and severally, to cause to be paid and satisfied unto said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of **$100,609.56**, in the whole, with interest thereon at the rate of **1.28%** from said day of rendition of said judgment, as well as with post judgment attorneys fees and costs of at least **$1,674.36** and any additional interest and damages owed under the judgment; and thereof also to satisfy yourself for you own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this writ has been satisfied or discharged.

Dated this **22ND** day of **November**, 2004.

Tony Anastas
Clerk

By _____