Commonwealth of Massachusetts

Suffolk, ss.                                            Civil Action No.04-MC-10258

National Stabilization Agreement of the Sheet Metal Industry Trust Fund, et al

Plaintiff(s)

vs.                                                     Answer of the Garnishee
                                                        Fleet National Bank

Radar Roofing & Sheet Metal, Inc.

Defendant(s)

and

Fleet National Bank

Trustee

---

And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $0.00 in the name of Radar Roofing & Sheet Metal, Inc.

Signed under the pains and penalties of perjury.

Fleet National Bank

By /s/ Sandra Allen                Date: 12/6/04
Sandra Allen
Legal Order Processing
5701 Horatio Street
Utica, NY 13502